UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| ) | |
| ) | |
| v. ) | CRIMINAL NO. 2:99-04-DBH-01 |
| ) | |
| ROBERT SHIMEK, ) | |
| ) | |
| DEFENDANT/PETITIONER ) | |

## ORDER ON REQUEST FOR EARLY TERMINATION OF SUPERVISED RELEASE

This petitioner has requested early termination of his supervised release just over 2 years into the 5-year period. The government has responded. I agree with the government that the petitioner has made good progress. I also agree that termination now may be premature given the short duration of supervised release to date and the nature of the original crimes. Probation (both the District of Maine and the District of Vermont) does not oppose the petitioner's travel to New York to start his own business venture, and he should seek such permission from his supervising officer. In the meantime, I **DEFER** ruling on the petition while waiting to see whether the proposed business plans materialize. Counsel shall report by March 30, 2018, on the status of the petitioner and his plans.

SO ORDERED.

DATED THIS 27TH DAY OF NOVEMBER, 2017

/S/D. BROCK HORNBY
**D. BROCK HORNBY**
UNITED STATES DISTRICT JUDGE